1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NATHAN D LAMOURE A PROFESSIONAL CORPORATION, | CASE No.: 8:16-CV-00204-JVS-JCG |
|---|---|
| Plaintiff, | **JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | [*Assigned to Hon. James V. Selna*] |
| WORLD SAVINGS BANK, FSB, A FEDERAL SAVINGS BANK; WACHOVIA MORTGAGE, FSB, A FEDERAL SAVINGS BANK and a division of Wells Fargo Bank; WELLS FARGO BANK, N.A., a national banking association; Golden West Financial Corporation, A corporation; Golden West Savings Association Service Co, a national banking association,; Cal-Western Reconveyance Co., a business organization form unknown; First American Title Insurance Company, A California corporation; Robin V, LaMoure, and DOES 1 through 500, inclusive, | |
| Defendants. | |

1  On April 19, 2016 the Court entered an Order granting the Motion to Dismiss Complaint [Doc. No. 10], filed by defendant WELLS FARGO BANK, N.A. successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), and dismissing all claims for relief in the Complaint with prejudice.  Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed with prejudice;
2. Judgment is entered in favor of Wells Fargo and against plaintiff; and
3. Plaintiff shall take and recover nothing in this action from Wells Fargo.

DATED:  June 17, 2016

_____
THE HON. JAMES V. SELNA
UNITED SATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ] JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**

on the interested parties in said case as follows:

**Served By Means Other than Electronically Via the Court's CM/ECF System:**

| *Plaintiff Pro Per:* | *Attorneys for First American Title Company:* |
|---|---|
| Nathan D. LaMoure<br>30 Sea Island Drive<br>Newport Beach, California 92660<br>Tel:  (949) 759-6666<br>law_lamoure@hotmail.com | Carl D. Nielsen, Esq.<br>cnielsen@firstam.com<br>5 First American Way, 2nd Floor<br>Santa Ana, CA 92707-5913<br><br>Tel: (714) 250-3867<br>Fax: (714) 824-5970 |

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on June 15, 2016.

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |